# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129420

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 129420
                                          COA: 261913
                                          Oakland CC: 1992-116402-FC

ROMMELL LAMONT SANDERS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 31, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      We do not retain jurisdiction.

      CORRIGAN, J., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006                                _____

p0120                                           Clerk